BRIAN GEARINGER, Esq. (State Bar No. 146125)
MOSELY & GEARINGER LLP
825 Van Ness Ave., 4th Floor
San Francisco, CA 94109-7837
415/440-3102 phone
415/440-3103 fax

PAUL L. REIN, Esq. (State Bar No. 43053)
JULIE OSTIL, Esq. (State Bar No. 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
510/832-5001 phone
510/832-4787 fax

Attorneys for Plaintiff
CHARLES BLACKWELL

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES BLACKWELL,

Plaintiff,

v.

CITY AND COUNTY OF SAN
FRANCISCO; 1268 GRANT
AVENUE LLC;
CHRISTOPHER P. FOLEY;
and DOES 1-10, Inclusive,

Defendants.

/

CASE NO. C07-04629 JL
Civil Rights

**CONSENT TO JURISDICTION OF**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c)(1), the undersigned, on behalf of Plaintiff Charles Blackwell, hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT TO JURISDICTION BY U.S. MAGISTRATE JUDGE
CASE NO. C07-4629                    -1-                    S:\SLR\BLACKWELL\CONSENT TO MAG JUDGE.PL.wpd

1    Dated: October 17, 2007                    GEARINGER & MOSELY LLP
                                                LAW OFFICES OF PAUL L. REIN
2

3

4                                               By JULIE A. OSTIL
                                                Attorneys for Plaintiff
5                                               CHARLES BLACKWELL

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001