BRIAN GEARINGER, Esq. (State Bar No. 146125)
MOSELY & GEARINGER LLP
825 Van Ness Ave., 4th Floor
San Francisco, CA 94109-7837
415/440-3102 phone
415/440-3103 fax

PAUL L. REIN, Esq. (State Bar No. 43053)
JULIE OSTIL, Esq. (State Bar No. 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
510/832-5001 phone
510/832-4787 fax

Attorneys for Plaintiff
CHARLES BLACKWELL

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; 1268 GRANT AVENUE LLC; CHRISTOPHER P. FOLEY; and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. C07-04629 JL<br>Civil Rights<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 17, 2007

GEARINGER & MOSELY LLP
LAW OFFICES OF PAUL L. REIN

*[signature]*

By JULIE A. OSTIL
Attorneys for Plaintiff
CHARLES BLACKWELL

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. C07-4629 JL                -1-                S:\SLR\BLACKWELL\CERT INT PARTIES.PL.wpd