1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:   (415) 554-4283
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11 | CHARLES BLACKWELL,                          | Case No. C07-4629 JL
12 |        Plaintiff,                           | **PROOF OF PERSONAL SERVICE RE. ANSWER AND CROSS-CLAIM OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO**
13 | vs.                                         |
14 | CITY AND COUNTY OF SAN FRANCISCO, 1268 GRANT AVENUE LLC, CHRISTOPHER P. FOLEY and DOES ONE through TEN, inclusive, | **DEMAND FOR TRIAL BY JURY**
15 |                                             | Date Action Filed:   September 7, 2007
16 |                                             | Trial Date:          None Set
17 |        Defendants.                          | Attached Documents:  Proof of Service(1)

---

Proof of Service;                                1                      n:\lit\li2007\080334\00446208.doc
Blackwell v. CCSF, et al. – USDC No. C07-4629 JL

| Attorney or party without attorney (name and address): | Telephone No: | For Court Use Only |
|---|---|---|
| SCOTT WIENER SB#189266<br>OFFICE OF THE CITY ATTORNEY<br>1390 MARKET STREET, 6TH FLOOR<br>SAN FRANCISCO, CA    94102-<br>Attorney for (name): DEFENDANT(S) | (415) 554-4283 | |

Insert name of court and name of judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
CHARLES BLACKWELL,

Defendant:
CITY AND COUNTY OF SAN FRANCISCO, ET AL.,

| Reference Number:<br>080334 | **PROOF OF SERVICE** | Case Number:<br>C07-4629 JL |
|---|---|---|

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:

ANSWER AND CROSS-CLAIM OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO DEMAND FOR TRIAL BY JURY; DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;

in the within action by personally delivering true copies thereof to the person served as follows:

Served: JANET BRAYER, ESQ.
By Serving: CANDT GERRA, RECEPTION
Address: LAW OFFICE OF JANET BRAYER
2405 16TH ST.
SAN FRANCISCO, CA    94103-
Date of Service: 10/23/07
Time of Service: 1:09 PM

Person Serving (name, address, and telephone No.):
Kevin M. Bottomley

FreeWheelin'
ATTORNEY SERVICE
41 Sutter Street, Suite 1777
San Francisco, California  94104
(415) 487-1750

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration No: 1023
(3) County: SAN FRANCISCO
(4) Reg. Exp. Date: August 02, 2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/23/07                     Signature: _____