**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                               415.522.2000

**October 30, 2007**

**CASE NUMBER:  CV 07-04629 JL**
**CASE TITLE:  CHARLES BLACKWELL-v-SF CITY & COUNTY**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable SAUNDRA BROWN ARMSTRONG** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/29/07

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking, Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                                     Entered in Computer 10/29/07 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                            Transferor CSA