PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiff
CHARLES BLACKWELL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL, | CASE NO. C07-04629 JL |
| Plaintiff, | <u>Civil Rights</u> |
| v. | **PLAINTIFF'S NOTICE OF UNAVAILABILITY OF COUNSEL** |
| CITY AND COUNTY OF SAN FRANCISCO, 1268 GRANT AVENUE LLC, CHRISTOPHER P. FOLEY and DOES ONE through TEN, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

**NOTICE IS HEREBY GIVEN THAT**, commencing on December 24, 2007 and continuing through January 2, 2008, plaintiff's counsel, Julie Ostil, will be unavailable for all purposes including, but not limited to, receiving notice of any kind, appearing in Court, responding to *ex parte* applications, or attending depositions. (See *Tenderloin Housing Clinic v. Sparks* (1992) 6 Cal.App.4th 229.)

Dated: November 15, 2007        PAUL L. REIN
                                JULIE A. OSTIL
                                LAW OFFICES OF PAUL L. REIN


                                 /s/ Julie Ostil
                                Attorneys for Plaintiff
                                CHARLES BLACKWELL

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Notice of Unavailability of Counsel: Case No. 2:06-CV-02748-GEB-GGH

— 1 —
s:\jo\cases\s\san francisco (blackwell)\pleadings\notice of unavailability.doc