P. RICHARD COLOMBATTO (SBN 79895)
MICHAEL K. TCHENG (SBN 160811)
COLOMBATTO KLIMENKO LLP
130 Sutter Street, 7th Floor
San Francisco, California 94104
Telephone: (415) 391-6182
Facsimile: (415) 391-2904

Attorneys for Defendants
1268 GRANT AVENUE LLC,
CHRISTOPHER P. FOLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, 1268 GRANT AVENUE LLC, CHRISTOPHER P. FOLEY and DOES ONE through TEN, inclusive,<br><br>　　　　　Defendants. | Case No. C 07-4629-SBA<br><br>**RE-NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED OR IN THE ALTERNATIVE FOR A MORE DEFINATE STATEMENT (FRCP 12(b)(6) and 12(e))**<br><br>Date:　　　February 5, 2008<br>Time:　　　1:00 p.m.<br>Courtroom:　Courtroom 3, 3rd Floor, Oakland |

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on February 5, 2008 at 1:00 p.m. or as soon thereafter as the matter may be heard by the above-entitled court located at 1301 Clay Street, Oakland, CA, defendants 1268 GRANT AVENUE LLC and CHRISTOPHER P. FOLEY will move the court to dismiss each cause of action in plaintiff's Complaint pursuant to FRCP 12(b)(6) on the basis that the Complaint fails to state a claim upon which relief can be granted, and specifically that Title III of the Americans With Disabilities Act and the related state claims do not apply because the elevator door cover mentioned in the Complaint is not located within defendant's public facility but rather within a public sidewalk, and also because plaintiff lacks standing to assert such claims because he never attempted to access defendant's public facility.

-1-

RE-NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED OR IN THE ALTERNATIVE FOR A MORE DEFINATE STATEMENT (FRCP 12(b)(6) and 12(e))

1  The motion is based on the Notice of Motion and motion, Defendant's Request for Judicial
2  Notice, the memorandum of points and authorities previously filed herewith, and the pleadings
3  and papers filed herein.

5  Dated: November 19, 2007

COLOMBATTO KLIMENKO LLP

By: /s/ Michael K. Tcheng
MICHAEL K. TCHENG
Attorneys for Defendants
1268 GRANT AVENUE LLC,
CHRISTOPHER P. FOLEY

Colombatto Klimenko LLP
130 Sutter Street, Seventh Floor
San Francisco, California 94104

-2-
RE-NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED OR IN THE ALTERNATIVE FOR A MORE DEFINATE STATEMENT (FRCP 12(b)(6) and 12(e))

# PROOF OF SERVICE

I, Patricia Freytes, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 130 Sutter Street, 7th Floor, San Francisco, California 94104. I am employed in the County of San Francisco where this service occurs.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

RE-NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED OR IN THE ALTERNATIVE FOR A MORE DEFINATE STATEMENT (FRCP 12(b)(6) AND 12(e))

☐ (BY FAX) I transmitted via facsimile transmission from a facsimile transmission machine whose business facsimile number is (415) 391-2904 to the following fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the said transmission report is attached hereto and incorporated herein by this reference.

☒ (BY MAIL) I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service that same day in the ordinary course of business. I placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid, to the addressee(s) below.

☐ (BY PERSONAL SERVICE) I personally delivered the above document(s) by hand between 9:00 a.m. and 5:00 p.m. to the office of the addressee(s) below.

☐ (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive such envelope(s) to be delivered by overnight delivery, with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served below.

Brian Gearinger  
Mosley & Gearinger LLP  
825 Van Ness Avenue, 4th Floor  
San Francisco, CA 94109  
Facsimile: (415) 440-3103

Paul L. Rein  
Law Offices of Paul L. Rein  
200 Lakeside Drive, Suite A  
Oakland, CA 94612  
Facsimile: (510) 832-4787

Scott D. Wiener  
Deputy City Attorney  
Fox Plaza  
1390 market Street, 6th Floor  
San Francisco, CA 94102  
Facsimile: (415) 554-3837

RE: BLACKWELL v. CCSF  
USDC CASE NO. C07-4629-JL

1  ☑  (State) I certify and declare under penalty of perjury under the laws of the State of
2      California that the foregoing is true and correct.

3  Executed on November 19, 2007

*Patricia Freytes*
Patricia Freytes