UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BLACKWELL         Plaintiff, ) | | No. C 07-04629 SBA |
| vs. ) | | CLERK'S NOTICE |
| CITY AND COUNTY OF SAN FRANCISCO, ) ) Defendant. ) | | |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for December 19, 2007, at 3:30 p.m., and the Motion noticed for February 5, 2008, has been continued to Tuesday, February 26, 2008, at 1:00 p.m., in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED:  12/13/07

                                                           FOR THE COURT,
                                                           Richard W. Wieking, Clerk

                                                           By: <u>Lisa R. Clark</u>
                                                              LISA R. CLARK
                                                              Courtroom Deputy

To: