1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-4283
6  Facsimile:     (415) 554-3837

7

   Attorneys for Defendant and Cross-Claimant
8  CITY AND COUNTY OF SAN FRANCISCO

9

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12

13 | CHARLES BLACKWELL,                          Case No. C07-4629 SBA

             Plaintiff,                          **STIPULATION TO CHANGE DATE
14                                               OF CASE MANAGEMENT
          vs.                                    CONFERENCE AND HEARING ON
15                                               MOTION TO DISMISS (L.R. 7-11)**

16 | CITY AND COUNTY OF SAN
     FRANCISCO, 1268 GRANT AVENUE
     LLC, CHRISTOPHER P. FOLEY and
17   DOES 1 through 10, inclusive,

18            Defendants.

19 | CITY AND COUNTY OF SAN
     FRANCISCO,
20
             Cross-claimant,
21
          vs.
22
23 | 1268 GRANT AVENUE LLC,
     CHRISTOPHER P. FOLEY and DOES 1
     through 10, inclusive,
24
             Cross-defendants.
25

26

27

28

*Blackwell v. City and County of San Francisco, et al.*          1          n:\lit\li2007\080334\00455222.doc
Case No. C07-4629 JL

1    WHEREAS the Court has rescheduled the case management conference and hearing on a

2  motion to dismiss for February 26, 2008, at 1 p.m.;

3    WHEREAS Deputy City Attorney Scott Wiener, lead counsel for defendant City and County

4  of San Francisco, will be out of the country on vacation on February 26, 2008;

5    AND WHEREAS the parties do not believe that a short continuance of the CMC or motion

6  hearing will prejudice the parties or the prosecution of the case;

7    THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval by the Court, that

8  the CMC and motion-to-dismiss hearing be continued to either March 4, 2008, at 1 p.m., or March

9  18, 2008, at 1 p.m.

10

11  Dated:  December 14, 2007

12                                                    DENNIS J. HERRERA
                                                      City Attorney
13                                                    JOANNE HOEPER
                                                      Chief Trial Deputy
14                                                    SCOTT D. WIENER
                                                      Deputy City Attorney
15

16                                                        -/s/-     Scott D. Wiener
                                              By:_____
17                                                    SCOTT D. WIENER

18                                                    Attorneys for Defendant and Cross-Claimant
                                                      CITY AND COUNTY OF SAN FRANCISCO
19

20  Dated:  December 14, 2007

21                                                    MICHAEL K. TCHENG
                                                      COLOMBATTO KLIMENKO
22

23                                                        -/s/-     Michael K. Tcheng
                                              By:_____
24                                                    MICHAEL K. TCHENG

25                                                    Attorneys for Defendants and Cross-Defendants
                                                      1268 GRANT AVENUE LLC AND CHRISTOPHER P.
26                                                    FOLEY

27

28

*Blackwell v. City and County of San Francisco, et al.*          2          n:\lit\li2007\080334\00455222.doc
Case No. C07-4629 JL

Dated:  December 14, 2007

                                        BRIAN GEARINGER
                                        MOSLEY & GEARINGER LLP

                                            -/s/-    Brian Gearinger

                                    By:_____
                                        BRIAN GEARINGER

                                        Attorneys for Plaintiff Charles Blackwell


                                        ORDER

        Based on the parties' stipulation, the case management conference and hearing on the motion

to dismiss, currently set for February 26, 2008, at 1 p.m., is hereby continued to March _____, 2008, at

1 p.m.


Dated:  _____          _____
                                        HON. SAUNDRA B. ARMSTRONG
                                        UNITED STATES DISTRICT JUDGE