1  WHEREAS the Court has rescheduled the case management conference and hearing on a
2  motion to dismiss for February 26, 2008, at 1 p.m.;
3  WHEREAS Deputy City Attorney Scott Wiener, lead counsel for defendant City and County
4  of San Francisco, will be out of the country on vacation on February 26, 2008;
5  AND WHEREAS the parties do not believe that a short continuance of the CMC or motion
6  hearing will prejudice the parties or the prosecution of the case;
7  THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval by the Court, that
8  the CMC and motion-to-dismiss hearing be continued to either March 4, 2008, at 1 p.m., or March
9  18, 2008, at 1 p.m.

Dated: December 14, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
Deputy City Attorney

By: _____
SCOTT D. WIENER

Attorneys for Defendant and Cross-Claimant
CITY AND COUNTY OF SAN FRANCISCO

Dated: December 14, 2007

MICHAEL K. TCHENG
COLOMBATTO KLIMENKO

By: _____
MICHAEL K. TCHENG

Attorneys for Defendants and Cross-Defendants
1268 GRANT AVENUE LLC AND CHRISTOPHER P. FOLEY

1 | Dated: December 14, 2007

2 | BRIAN GEARINGER
3 | MOSLEY & GEARINGER LLP
4 | By: /s/ Brian Gearinger
5 | BRIAN GEARINGER
6 | Attorneys for Plaintiff Charles Blackwell

## ORDER

Based on the parties' stipulation, the case management conference and hearing on the motion to dismiss, currently set for February 26, 2008, at 1 p.m., is hereby continued to March ____, 2008, at 1 p.m.

Dated: _____

HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE