1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   JOANNE HOEPER, State Bar #114961
    Chief Trial Deputy
3   SCOTT D. WIENER, State Bar #189266
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, 6th Floor
5   San Francisco, California 94102-5408
    Telephone:    (415) 554-4283
6   Facsimile:    (415) 554-3837

7

    Attorneys for Defendant and Cross-Claimant
8   CITY AND COUNTY OF SAN FRANCISCO

9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  CHARLES BLACKWELL,                      Case No. C07-4629 SBA

            Plaintiff,                      **STIPULATION TO CHANGE DATE
14                                          OF CASE MANAGEMENT
        vs.                                 CONFERENCE AND HEARING ON
15                                          MOTION TO DISMISS (L.R. 7-11)**

16  CITY AND COUNTY OF SAN
    FRANCISCO, 1268 GRANT AVENUE
    LLC, CHRISTOPHER P. FOLEY and
17  DOES 1 through 10, inclusive,

18          Defendants.

19  CITY AND COUNTY OF SAN
    FRANCISCO,
20
            Cross-claimant,
21
        vs.
22
    1268 GRANT AVENUE LLC,
23  CHRISTOPHER P. FOLEY and DOES 1
    through 10, inclusive,
24
            Cross-defendants.
25

26

27

28

    *Blackwell v. City and County of San Francisco, et al.*        1        n:\lit\li2007\080334\00455222.doc
    Case No. C07-4629 JL

1    WHEREAS the Court has rescheduled the case management conference and hearing on a

2  motion to dismiss for February 26, 2008, at 1 p.m.;

3    WHEREAS Deputy City Attorney Scott Wiener, lead counsel for defendant City and County

4  of San Francisco, will be out of the country on vacation on February 26, 2008;

5    AND WHEREAS the parties do not believe that a short continuance of the CMC or motion

6  hearing will prejudice the parties or the prosecution of the case;

7    THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval by the Court, that

8  the CMC and motion-to-dismiss hearing be continued to either March 4, 2008, at 1 p.m., or March

9  18, 2008, at 1 p.m.

10

11  Dated: December 14, 2007

12                                                    DENNIS J. HERRERA
                                                     City Attorney
13                                                    JOANNE HOEPER
                                                     Chief Trial Deputy
14                                                    SCOTT D. WIENER
                                                     Deputy City Attorney
15

16                                                        -/s/-    Scott D. Wiener
                                           By:
17                                                    SCOTT D. WIENER

18                                                    Attorneys for Defendant and Cross-Claimant
                                                     CITY AND COUNTY OF SAN FRANCISCO
19

20  Dated: December 14, 2007

21                                                    MICHAEL K. TCHENG
                                                     COLOMBATTO KLIMENKO
22

23                                                        -/s/-    Michael K. Tcheng
                                           By:
24                                                    MICHAEL K. TCHENG

25                                                    Attorneys for Defendants and Cross-Defendants
                                                     1268 GRANT AVENUE LLC AND CHRISTOPHER P.
26                                                    FOLEY

27

28

*Blackwell v. City and County of San Francisco, et al.*        2        n:\lit\li2007\080334\00455222.doc
Case No. C07-4629 JL

1   Dated:  December 14, 2007

2                                                          BRIAN GEARINGER
                                                            MOSLEY & GEARINGER LLP
3
                                                                -/s/-    Brian Gearinger
4
                                                       By:_____
5                                                           BRIAN GEARINGER

6                                                          Attorneys for Plaintiff Charles Blackwell

7

8                                                          ORDER

9          Based on the parties' stipulation, the case management conference and hearing on the motion

10   to dismiss, currently set for February 26, 2008, at 1 p.m., is hereby continued to March __4__, 2008, at

11   1 p.m.

12
      Dated:  12/24/07
13                                                       _____
                                                            HON. SAUNDRA B. ARMSTRONG
14                                                          UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS the Court has rescheduled the case management conference and hearing on a

2    motion to dismiss for February 26, 2008, at 1 p.m.;

3    WHEREAS Deputy City Attorney Scott Wiener, lead counsel for defendant City and County

4    of San Francisco, will be out of the country on vacation on February 26, 2008;

5    AND WHEREAS the parties do not believe that a short continuance of the CMC or motion

6    hearing will prejudice the parties or the prosecution of the case;

7    THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval by the Court, that

8    the CMC and motion-to-dismiss hearing be continued to either March 4, 2008, at 1 p.m., or March

9    18, 2008, at 1 p.m.

10

11   Dated: December 14, 2007

12                                      DENNIS J. HERRERA
                                        City Attorney
13                                      JOANNE HOEPER
                                        Chief Trial Deputy
14                                      SCOTT D. WIENER
                                        Deputy City Attorney
15

16                              By:_____
17                                      SCOTT D. WIENER

18                                      Attorneys for Defendant and Cross-Claimant
                                        CITY AND COUNTY OF SAN FRANCISCO
19

20   Dated: December 14, 2007

21                                      MICHAEL K. TCHENG
                                        COLOMBATTO KLIMENKO
22
                                By:_____
23                                      MICHAEL K. TCHENG

24                                      Attorneys for Defendants and Cross-Defendants
25                                      1268 GRANT AVENUE LLC AND CHRISTOPHER P.
                                        FOLEY
26

27

28

Blackwell v. City and County of San Francisco, et al.          2          c:\documents and settings\michael.ckr\local settings\temporary
Case No. C07-4629 JL                                                       internet files\olk1\00455222.doc

Dated: December 14, 2007

BRIAN GEARINGER
MOSLEY & GEARINGER LLP

By: *Brian J. Gearinger*
BRIAN GEARINGER

Attorneys for Plaintiff Charles Blackwell

## ORDER

Based on the parties' stipulation, the case management conference and hearing on the motion

to dismiss, currently set for February 26, 2008, at 1 p.m., is hereby continued to March ____, 2008, at

1 p.m.

Dated: _____          _____
                                  HON. SAUNDRA B. ARMSTRONG
                                  UNITED STATES DISTRICT JUDGE

*Blackwell v. City and County of San Francisco, et al.*      3      c:\documents and settings\brian\local settings\temporary internet
Case No. C07-4629 JL                                                files\olk5ce\00455222.doc