P. RICHARD COLOMBATTO (SBN 79895)
MICHAEL K. TCHENG (SBN 160811)
COLOMBATTO KLIMENKO LLP
130 Sutter Street, 7th Floor
San Francisco, California 94104
Telephone: (415) 391-6182
Facsimile: (415) 391-2904

Attorneys for Defendants
1268 GRANT AVENUE LLC,
CHRISTOPHER P. FOLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, 1268 GRANT AVENUE LLC, CHRISTOPHER P. FOLEY and DOES ONE through TEN, inclusive,<br><br>                    Defendants. | Case No. C 07-4629-SBA<br><br>**RE-NOTICE OF DEFENDANTS 1268 GRANT AVENUE LLC AND CHRISTOPHER P. FOLEYS' MOTION TO STRIKE FIRST AMENDED COMPLAINT (FRCP 12(f))**<br><br>Date:         March 18, 2008<br>Time:        1:00 p.m.<br>Courtroom: Courtroom 3 (Oakland) |

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

This motion was initially set for March 11, 2008 but moving party was advised by the court that March 11, 2008 was not longer available. Moving party was instructed to file a re-notice of motion to March 18, 2008. Moving party was further instructed it was not necessary to re-file all of the moving papers. The following is the re-notice of motion.

PLEASE TAKE NOTICE that on March 18, 2008 at 1:00 p.m. or as soon thereafter as the matter may be heard by the above-entitled court located at 1301 Clay Street, Suite 400 S, Oakland, CA 94612-5212, defendants 1268 GRANT AVENUE LLC and CHRISTOPHER P. FOLEY will move the court to strike plaintiff's "First Amended Complaint" pursuant to FRAP Rule 12(f).

-2-

The motion will be based on this Notice of Motion and motion, Defendant's Request for Judicial Notice, the memorandum of points and authorities filed herewith, and the pleadings and papers filed herein.

Dated: January 16, 2008

                COLOMBATTO KLIMENKO LLP

By: _____
     MICHAEL K. TCHENG
     Attorneys for Defendants
     1268 GRANT AVENUE LLC,
     CHRISTOPHER P. FOLEY

**Colombatto Klimenko LLP**
130 Sutter Street, Seventh Floor
San Francisco, California 94104

-2-
RE-NOTICE OF DEFENDANTS 1268 GRANT AVENUE LLC AND CHRISTOPHER P. FOLEYS' MOTION TO STRIKE FIRST AMENDED COMPLAINT (FRCP 12(f))