P. RICHARD COLOMBATTO (SBN 79895)
MICHAEL K. TCHENG (SBN 160811)
COLOMBATTO KLIMENKO LLP
130 Sutter Street, 7th Floor
San Francisco, California 94104
Telephone: (415) 391-6182
Facsimile: (415) 391-2904

Attorneys for Defendants
1268 GRANT AVENUE LLC,
CHRISTOPHER P. FOLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, 1268 GRANT AVENUE LLC, CHRISTOPHER P. FOLEY and DOES ONE through TEN, inclusive,<br><br>  Defendants. | Case No. C 07-4629-JL<br><br>**NOTICE OF UNAVAILABILITY** |

**NOTICE IS HEREBY GIVEN** that from March 20, 2008 through April 2, 2008 Michael K. Tcheng will be unavailable for any purpose whatsoever, including but not limited to receiving notices of any kind, responding to ex-parte application, appearing in court or attending depositions.

Purposefully scheduling a conflicting procedure without good cause is sanctionable conduct: <u>Tenderloin Housing Clinic v. Sparks</u> 8 Cal.App.4th 299.

Dated: February 22, 2008

COLOMBATTO KLIMENKO LLP

By: _____
MICHAEL K. TCHENG
Attorneys for Defendants
1268 GRANT AVENUE LLC,
CHRISTOPHER P. FOLEY

NOTICE OF UNAVAILABILITY

-1-