LAW OFFICES OF JANET BRAYER
JANET BRAYER (SBN 117397)
20 California Street, Suite 201
San Francisco, California 94111
Telephone: (415) 445-9555
Facsimile: (415) 445-9541

Attorneys for Defendant
THAI SPEED, INC., dba Citizen Thai

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, 1268 GRANT AVENUE LLC, CHRISTOPHER P. FOLEY and DOES ONE through TEN, inclusive,<br><br>　　　　　Defendants. | Case No. C 07-4629-SBA<br><br>**DEFENDANT THAI SPEED INC.'S JOINDER IN:**<br>**DEFENDANTS 1268 GRANT AVENUE LLC AND CHRISTOPHER P. FOLEYS' MOTION TO STRIKE FIRST AMENDED COMPLAINT (FRCP 12(f))**<br><br>Date:　　　　March 18, 2008<br>Time:　　　　1:00 p.m.<br>Courtroom:　Courtroom 3 (Oakland) |

## I. INTRODUCTION and JOINDER

On or about November 27, 2007 plaintiff CHARLES BLACKWELL filed what plaintiff terms a "First Amended Complaint," hereinafter FAC. The FAC added, without leave of court, defendant Thai Speed, Inc.. The Law Offices of Janet Brayer has just been retained to represent Thai Speed, Inc.

Defendant Thai Speed Inc. hereby joins in Defendants 1268 Grant Avenue LLC and Christopher Foley's Motion to Strike First Amended Complaint. As set forth in the Motion to Strike, leave of court is required to add defendant Thai Speed, Inc. to this action, and leave is also require to file a supplemental complaint.

-1-

DEFENDANT THAI SPEED INC.'S JOINDER IN: DEFENDANTS 1268 GRANT AVENUE LLC AND CHRISTOPHER P. FOLEYS' MOTION TO STRIKE FIRST AMENDED COMPLAINT (FRCP 12(f))

-2-

1     Defendant Thai Speed Inc., with the current state of pleadings, is unable to determine if a response is required to the FAC, as leave of court was not request to file the same, and Thai Speed Inc. need not respond to the original Complaint as it is not a named defendant.

    For all the foregoing reasons, defendant Thai Speed, Inc. joins in Defendants Motion to Strike First Amended Complaint.

Dated: March 5, 2008

                                    LAW OFFICES OF JANET BRAYER

                                    By: _____
                                         JANET BRAYER
                                         Attorneys for Defendant
                                         THAI SPEED, INC.

-2-

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 20 California Street, #201 San Francisco, California 94111. I am employed in the County of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On March 5, 2008 following ordinary business practice, I caused to have served the document(s) described as: **JOINDER IN MOTION TO STRIKE FIRST AMENDED COMPLAINT** on the interested parties in said action addressed as follows:

P. Richard Colombatto
Micahel K. Tcheng
Colombatto Klimenko LLP
130 Sutter Street, 7th Floor
San Francisco, CA   94104
Phone:  415-391-6182
Fax:  415-391-2904
**Attorney for Defendants 1268 Grant Avenue LLC,   Christopher P. Foley**

Brian Gearinger
Mosley & Gearninger LLP
825 Van Ness Avenue, 4th Floor
San Francisco, CA   94109
Fax:  415-440-3103
Phone:  415-440-3102
**Attorney for Plaintiff**

Scott D. Wiener
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA   94102
Fax:  415-554-3837
**Attorney for CCSF**

Paul L. Rein
Law Offices of Paul L. Rein
200 Lakeside Drive,  Suite A
Oakland, CA   94612
Fax: 510-832-4787
Phone:  510-832-5001
**Attorney for Plaintiff**

268826

_X_ (BY MAIL) by placing a true and correct copy of the document(s) listed above enclosed in a sealed envelope(s) with postage thereon fully prepaid in the United States Mail at San Francisco, California.

___ (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the facsimile number(s) set forth above, or as stated on9 the attached service list, on this date before 5:00 p.m.

(BY PERSONAL SERVICE) by placing a true and correct copy of the document(s) listed above enclosed in a sealed envelope(s) and causing said envelope(s) to be delivered by hand this date to the offices of the addressee(s).

( ) (BY OVERNIGHT DELIVERY) by placing a true and correct copy of the document(s) listed above enclosed in a sealed envelope(s) and causing said envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **March 5, 2008,** at San Francisco, California.

_____
JANET BRAYER

268826