P. RICHARD COLOMBATTO (SBN 79895)
MICHAEL K. TCHENG (SBN 160811)
COLOMBATTO SIMS LLP
130 Sutter Street, 7th Floor
San Francisco, California 94104
Telephone: (415) 391-6182
Facsimile: (415) 391-2904

Attorneys for Defendants
1268 GRANT AVENUE LLC,
CHRISTOPHER P. FOLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL, | Case No. C 07-4629-JL |
| Plaintiff, | **NOTICE OF FIRM NAME CHANGE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, 1268 GRANT AVENUE LLC, CHRISTOPHER P. FOLEY and DOES ONE through TEN, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE That Effective March 4, 2008 COLOMBATTO KLIMENKO LLP will change its firm name as follows: COLOMBATTO SIMS LLP. The address and telephone numbers will remain the same.

Dated: March 11, 2008

COLOMBATTO SIMS LLP

By: _____
MICHAEL K. TCHENG
Attorneys for Defendants
1268 GRANT AVENUE LLC,
CHRISTOPHER P. FOLEY

*Colombatto Sims LLP*
*130 Sutter Street, Seventh Floor*
*San Francisco, California 94104*

NOTICE OF FIRM NAME CHANGE

-1-