1  P. RICHARD COLOMBATTO (SBN 79895)
2  MICHAEL K. TCHENG (SBN 160811)
   COLOMBATTO SIMS LLP
3  130 Sutter Street, 7th Floor
   San Francisco, California 94104
   Telephone: (415) 391-6182
4  Facsimile: (415) 391-2904

5  Attorneys for Defendants
6  1268 GRANT AVENUE LLC,
   CHRISTOPHER P. FOLEY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 CHARLES BLACKWELL,                    Case No. C 07-4629-SBA

12         Plaintiff,                    **SUBSTITUTION OF ATTORNEYS**

13     vs.

14 CITY AND COUNTY OF SAN FRANCISCO,
   1268 GRANT AVENUE LLC, CHRISTOPHER
15 P. FOLEY and DOES ONE through TEN,
   inclusive,
16
           Defendants.
17

18

19 TO THE COURT AND ALL PARTIES:

20     The undersigned Defendant City and County of San Francisco hereby substitutes

21 Colombatto Sims LLP, 130 Sutter Street, San Francisco, CA 94104; telephone (415) 391-6182 as its

22 attorneys of record in the above action in the place and in the stead of Scott Wiener, Esq.,

23 //
24 //
25 //
26 //
27 //
28

SUBSTITUTION OF ATTORNEYS                                                        -1-

Deputy City Attorney, San Francisco City Attorney's Office, 6th Floor, San Francisco, CA 94102, (415) 554-4283.

Dated: ~~January~~ March 11, 2008             CITY AND COUNTY OF SAN FRANCISCO

By:_____
Authorized Representative of the City and County of San Francisco

The undersigned consents to the above substitution.

Dated: ~~January~~ March 11, 2008             SAN FRANCISCO CITY ATTORNEY'S OFFICE

By:_____
Scott Wiener Esq.

The undersigned accepts the above substitution.

Dated: January 16, 2008             COLOMBATTO ~~KLIMENKO~~ SIMS LLP

By:_____
Michael Tcheng, Esq.

SUBSTITUTION OF ATTORNEYS

-2-