**GEARINGER LAW GROUP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

BRIAN GEARINGER (State Bar # 146125)

**LAW OFFICES OF PAUL L. REIN**

200 Lakeside Drive, Suite A
OAKLAND, CALIFORNIA 94612
(510) 832-5001

PAUL L. REIN (State Bar # 43053)
JULIE OSTIL (State Bar # 215202)
ANN WINTERMAN (State Bar # 222257)

Attorneys for Plaintiff CHARLES BLACKWELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, 1268 GRANT AVENUE LLC, CHRISTOPHER P. FOLEY and DOES ONE through TEN, inclusive,<br><br>        Defendants. | Case No. C 07-04629 SBA<br><br>**NOTICE OF CHANGE OF CO-COUNSEL FOR PLAINTIFF CHARLES BLACKWELL**<br><br>The Honorable Saundra Brown Armstrong, Presiding |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:

PLEASE TAKE NOTICE that Gearinger Law Group is replacing Mosley & Gearinger LLP as co-counsel for plaintiff Charles Blackwell, effective January 1, 2008.

PLEASE TAKE FURTHER NOTICE that the service address and contact information for Gearinger Law Group is as follows:

/ / /

/ / /

Brian Gearinger, Esq.
Gearinger Law Group
825 Van Ness Avenue, 4th Floor
San Francisco CA  94109
Tel.  415.440.3175
Fax.  415.440.3103
brian@gearingerlaw.com

The Court and all parties are requested to update their records accordingly.

Paul L. Rein, Julie Ostil and Ann Winterman of the Law Offices of Paul L. Rein remain as co-counsel for plaintiff Charles Blackwell.

Dated:  March 12, 2008

GEARINGER LAW GROUP


By: /s/ Brian Gearinger
BRIAN GEARINGER

Attorneys for Plaintiff
CHARLES BLACKWELL