P. RICHARD COLOMBATTO (SBN 79895)
MICHAEL K. TCHENG (SBN 160811)
COLOMBATTO SIMS LLP
130 Sutter Street, 7th Floor
San Francisco, California 94104
Telephone: (415) 391-6182
Facsimile: (415) 391-2904

Attorneys for Defendants
1268 GRANT AVENUE LLC,
CHRISTOPHER P. FOLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, 1268 GRANT AVENUE LLC, CHRISTOPHER P. FOLEY and DOES ONE through TEN, inclusive,<br><br>            Defendants. | Case No. C 07-4629-SBA<br><br>**SECOND RE-NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED OR IN THE ALTERNATIVE FOR A MORE DEFINATE STATEMENT (FRCP 12(b)(6) and 12(e))**<br><br>Date:        June 10, 2008<br>Time:       1:00 p.m.<br>Courtroom: Courtroom 3, 3rd Floor, Oakland |

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on June 10, 2008 at 1:00 p.m. or as soon thereafter as the matter may be heard by the above-entitled court located at 1301 Clay Street, Oakland, CA, defendants 1268 GRANT AVENUE LLC and CHRISTOPHER P. FOLEY will move the court to dismiss each cause of action in plaintiff's Complaint pursuant to FRCP 12(b)(6) on the basis that the Complaint fails to state a claim upon which relief can be granted, and specifically that Title III of the Americans With Disabilities Act and the related state claims do not apply because the elevator door cover mentioned in the Complaint is not located within defendant's public facility but rather within a public sidewalk, and also because plaintiff lacks standing to assert such claims because he never attempted to access defendant's public facility.

-1-

The motion is based on the Notice of Motion and motion, Defendant's Request for Judicial Notice, the memorandum of points and authorities previously filed herewith, and the pleadings and papers filed herein.

Dated: April 25, 2008

                              COLOMBATTO SIMS LLP

                    By: _____
                              MICHAEL K. TCHENG
                              Attorneys for Defendants
                              1268 GRANT AVENUE LLC,
                              CHRISTOPHER P. FOLEY

Colombatto Sims LLP
130 Sutter Street, Seventh Floor
San Francisco, California 94104