BRIAN GEARINGER, Esq. (SBN 146125)
GEARINGER LAW GROUP
825 Van Ness Ave., 4th Floor
San Francisco, CA 94109-7837
415/440-3102 phone
415/440-3103 fax

PAUL L. REIN, Esq. (SBN 43053)
JULIE OSTIL, Esq. (SBN 215202)
ANN WINTERMAN (SBN 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
510/832-5001 phone
510/832-4787 fax

Attorneys for Plaintiff
CHARLES BLACKWELL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; 1268 GRANT AVENUE LLC; CHRISTOPHER P. FOLEY; and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. C07-04629 SBA<br>Civil Rights<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT (FRCP 12(b)(6) and 12(e))**<br><br>Hearing<br><br>Date:  June 10, 2008<br>Time:  1:00 p.m.<br>Judge:  Sandra Brown Armstrong<br>Courtroom 3 (Oakland) |

Plaintiff Charles Blackwell hereby requests that the Court take judicial notice of the following pleadings:

1. Plaintiff's First Amended Complaint in <u>Charles Blackwell v. Christopher P. Foley; Thai Speed, Inc. dba Citizen Thai Restaurant; and DOES 1-10,</u>

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE RE:
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
UNDER FRCP 12(b)(6) and 12(e)
CASE NO. C07-04629 SBA                    -1-   S:\SLR\BLACKWELL\PLEADINGS\OPP12(b)(6)-12(e) REQUEST JUD NOTICE.PL.wpd

1  Inclusive, Case No. C08-01971 EMC, attached hereto as **Exhibit 1**.
2. Consent Decree and Order by Judge James Ware in <u>Rosler v. Stanford University, et al.</u> (N.D.Cal.) C03-3579, attached hereto as **Exhibit 2**.
3. <u>Doran v. 7-Eleven, Inc.</u> (9th Cir.) 2008 WL 1914751, attached hereto as **Exhibit 3**.

Dated: May 20, 2008                    GEARINGER LAW GROUP
                                       LAW OFFICES OF PAUL L. REIN


                                        /s/   Paul L. Rein
                                       By PAUL L. REIN
                                       Attorneys for Plaintiff
                                       CHARLES BLACKWELL

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE RE:
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
UNDER FRCP 12(b)(6) and 12(e)
CASE NO. C07-04629 SBA                -2-  S:\SLR\BLACKWELL\PLEADINGS\OPP12(b)(6)-12(e) REQUEST JUD NOTICE.PL.wpd