P. RICHARD COLOMBATTO (SBN 79895)
MICHAEL K. TCHENG (SBN 160811)
COLOMBATTO SIMS LLP
130 Sutter Street, 7th Floor
San Francisco, California 94104
Telephone: (415) 391-6182
Facsimile: (415) 391-2904

Attorneys for Defendants
1268 GRANT AVENUE LLC,
CHRISTOPHER P. FOLEY and the CITY
AND COUNTY OF SAN FRANCISCO and
cross-complainant the CITY AND COUNTY
OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, 1268 GRANT AVENUE LLC, CHRISTOPHER P. FOLEY and DOES ONE through TEN, inclusive,<br><br>    Defendants.<br><br>AND RELATED CROSS-COMPLAINT | Case No. C 07-4629-SBA<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

    NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), cross-complainant the City and County of San Francisco voluntarily dismisses its cross-complaint in the above-captioned action

//
//
//
//
//

-1-

NOTICE OF VOLUNTARY DISMISSAL

without prejudice. Said cross-complaint was filed on December 17, 2007.

Dated: June 6, 2008

                                COLOMBATTO SIMS LLP

By: _____
     MICHAEL K. TCHENG
     Attorneys for Defendants
     1268 GRANT AVENUE LLC, CHRISTOPHER
     P. FOLEY and the CITY AND COUNTY OF
     SAN FRANCISCO and cross-complainant the
     CITY AND COUNTY OF SAN FRANCISCO

-2-

NOTICE OF VOLUNTARY DISMISSAL