P. RICHARD COLOMBATTO (SBN 79895)
MICHAEL K. TCHENG (SBN 160811)
COLOMBATTO SIMS LLP
130 Sutter Street, 7th Floor
San Francisco, California 94104
Telephone: (415) 391-6182
Facsimile: (415) 391-2904

Attorneys for Defendants
1268 GRANT AVENUE LLC,
CHRISTOPHER P. FOLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, 1268 GRANT AVENUE LLC, CHRISTOPHER P. FOLEY and DOES ONE through TEN, inclusive,<br><br>  Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. C 07-4629-SBA<br><br>**PROOF OF SERVICE** |

///
///
///
///
///
///
///
///
///

PROOF OF SERVICE

-1-

# PROOF OF SERVICE

I, Patricia Freytes, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 130 Sutter Street, 7th Floor, San Francisco, California 94104. I am employed in the County of San Francisco where this service occurs.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

DEFENDANTS CHRISTOPHER FOLEY, 1268 GRANT AVE. LLC AND THE CITY AND COUNTY OF SAN FRANCISCOS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (N. District Local Rule 3-12(b))

☐ (BY FAX) I transmitted via facsimile transmission from a facsimile transmission machine whose business facsimile number is (415) 391-2904 to the following fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the said transmission report is attached hereto and incorporated herein by this reference.

☑ (BY MAIL) I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service that same day in the ordinary course of business. I placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid, to the addressee(s) below.

☐ (BY PERSONAL SERVICE) I personally delivered the above document(s) by hand between 9:00 a.m. and 5:00 p.m. to the office of the addressee(s) below.

☐ (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive such envelope(s) to be delivered by overnight delivery, with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served below.

Brian Gearinger
Mosley & Gearinger LLP
825 Van Ness Avenue, 4th Floor
San Francisco, CA 94109
Facsimile: (415) 440-3103

Paul L. Rein
Law Offices of Paul L. Rein
200 Lakeside Drive, Suite A
Oakland, CA 94612
Facsimile: (510) 832-4787

Janet M. Brayer
Law Offices of Janet Brayer
20 California Street, #201
San Francisco, CA 94111
Facsimile: (415) 445-9541

RE:   BLACKWELL V. CCSF
      USDC CASE NO. C07-4629-JL

☑ (State) I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 6, 2008

_Patricia Freytes_
Patricia Freytes