**GEARINGER LAW GROUP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

BRIAN GEARINGER (State Bar #146125)
R. STEPHEN M. LAROE (State Bar #245269)
MYKOLA V. KOVALENKO (State Bar #266424)

**LAW OFFICES OF PAUL L. REIN**

200 Lakeside Drive, Suite A
OAKLAND, CALIFORNIA 94612
(510) 832-5001

PAUL L. REIN (State Bar # 43053)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, 1268 GRANT AVENUE LLC, CHRISTOPHER P. FOLEY and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07-4629 SBA<br><br>**STIPULATION TO SHORTEN TIME ON HEARING OF DISCOVERY MOTION; AND [PROPOSED] ORDER SHORTENING TIME** |

Plaintiff, Charles Blackwell ("Plaintiff"); Defendants, City and County of San Francisco; 1268 Grant Avenue, LLC; and Christopher P. Foley (collectively "Defendants") stipulate that:

Since the discovery cutoff date is on May 28, 2010, there is good cause for an order shortening time on hearing of Plaintiff's April 6, 2010 motion to compel responses.

Hearing should be held on Wednesday, April 28, 2010 at 10:30am.

THE PARTIES SO STIPULATE AND REQUEST THAT:

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON DISCOVERY MOTION     1     U.S. DISTRICT COURT CASE NO. C 07-04629 SBA

1   The Court hear Plaintiffs April 6, 2010 motion to compel responses on April 28, 2010 at
2   10:30am before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, 450 Golden Gate
3   Avenue.

    Defendant's opposition is due on April 20, 2010.

    Plaintiff's reply is due on April 23, 2010.

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April ____, 2010

        MICHAEL K. TCHENG
        COLOMBATTO KLIMENKO

        By:_____
          MICHAEL K. TCHENG

        Attorneys for Defendants
        1268 GRANT AVENUE, LLC; CHRISTOPHER P. FOLEY; AND THE CITY AND COUNTY OF SAN FRANCISCO

Dated: April ____, 2010

        GEARINGER LAW GROUP

        By:_____
          BRIAN GEARINGER
          R. STEPHEN M. LAROE

        Attorneys for Plaintiff CHARLES BLACKWELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, 1268 GRANT AVENUE LLC, CHRISTOPHER P. FOLEY and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07-4629 SBA<br><br>**[PROPOSED] ORDER SHORTENING TIME ON HEARING OF DISCOVERY MOTIONS** |

The Court having reviewed the parties' stipulation to shorten time on hearing Plaintiff's discovery motion.

IT IS ORDERED that:

Hearing on Plaintiffs April 6, 2010 motion to compel responses will be held in this department on April ~~28~~ 29, 2010 at 10:30am.

Defendant's opposition is due on April 20, 2010.

Plaintiff's reply is due on April 23, 2010.

IT IS SO ORDERED.

Dated: 4/21 , 2010

_____
HON.
UNITED STATES MAGISTRATE JUDGE

[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen]

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON DISCOVERY MOTION     3     U.S. DISTRICT COURT CASE NO. C 07-04629 SBA