**GEARINGER LAW GROUP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

BRIAN GEARINGER (State Bar #146125)
R. STEPHEN M. LAROE (State Bar #245269)
MYKOLA V. KOVALENKO (State Bar #266424)

**LAW OFFICES OF PAUL L. REIN**

200 Lakeside Drive, Suite A
OAKLAND, CALIFORNIA 94612
(510) 832-5001

PAUL L. REIN (State Bar # 43053)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, 1268 GRANT AVENUE LLC, CHRISTOPHER P. FOLEY and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07-4629 SBA<br><br>**STIPULATION TO SHORTEN TIME ON HEARING OF DISCOVERY MOTION; AND [P~~ROPO~~SED] ORDER SHORTENING TIME** |

Plaintiff, Charles Blackwell ("Plaintiff"); Defendants, City and County of San Francisco; 1268 Grant Avenue, LLC; and Christopher P. Foley (collectively "Defendants") stipulate that:

Since lay and expert discovery are concluding[1], there is good cause for an order shortening time on hearing of Plaintiff's Motion to compel document production and person most knowledgeable deposition from Defendant City and County of San Francisco. Filed by Plaintiff on

---

[1] Lay discovery concluded on May 28, 2010 and the parties have agreed to extend certain matters into June. Meanwhile, expert discovery is scheduled to conclude on June 11, 2010 and the parties have stipulated to extend it to July 27, 2010.

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON DISCOVERY MOTION   1   U.S. DISTRICT COURT CASE NO. C 07-04629 SBA

June 4, 2010 – this Court's Docket Number 91 – currently scheduled for hearing on Wednesday, July 14, 2010 at 10:30am ("Plaintiff's Discovery Motion").

THE PARTIES SO STIPULATE AND REQUEST THAT:

The Court hear Plaintiffs Discovery Motion on Wednesday, June 23, 2010 at 10:30am before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, 450 Golden Gate Avenue.

Defendant's opposition be due on Wednesday, June 16, 2010.

Plaintiff's reply be due on Monday, June 21, 2010.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 10, 2010

MICHAEL K. TCHENG
COLOMBATTO KLIMENKO

By: /s/ Michael K. Tcheng
MICHAEL K. TCHENG

Attorneys for Defendants
1268 GRANT AVENUE, LLC; CHRISTOPHER P. FOLEY; AND THE CITY AND COUNTY OF SAN FRANCISCO

Dated: June 10, 2010

GEARINGER LAW GROUP

By: /s/ Brian Gearinger
BRIAN GEARINGER
R. STEPHEN M. LAROE

Attorneys for Plaintiff CHARLES BLACKWELL

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON DISCOVERY MOTION        2        U.S. DISTRICT COURT CASE NO. C 07-04629 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, 1268 GRANT AVENUE LLC, CHRISTOPHER P. FOLEY and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. C07-4629 SBA<br><br>[~~PROPOSED~~] ORDER SHORTENING TIME ON HEARING OF PLAINTIFF'S DISCOVERY MOTION |

The Court having reviewed the parties' stipulation to shorten time on hearing Plaintiff's discovery motion HEREBY ORDERS that:

Hearing on Plaintiff's Motion to compel document production and person most knowledgeable deposition from Defendant City and County of San Francisco. Filed by Plaintiff on June 4, 2010 – this Court's Docket Number 91 – will be held in this department on June 23, 2010 at 10:30am or as soon thereafter as the matter may be heard.

Defendant's opposition is due on Wednesday, June 16, 2010.

Plaintiff's reply is due on Monday, J~~une 21, 201~~0.   June 18, 2010.

IT IS SO ORDERED.

Dated: __6/15__, 2010



_____
HON. EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND [~~PROPOSED~~] ORDER SHORTENING TIME ON DISCOVERY MOTION          3          U.S. DISTRICT COURT CASE NO. C 07-04629 SBA