UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLES BLACKWELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No: C 07-04629 SBA<br><br>**ORDER** |

Plaintiff filed a Motion for Partial Summary Judgment on June 15, 2010, which is scheduled for hearing on July 20, 2010.  (Docket No. 99.)  Defendants 1268 Grant Avenue LLC and Christopher P. Foley filed a Motion for Summary Judgment or Summary Adjudication on June 22, 2010.   (Docket No. 110.)  Defendant City and County of San Francisco also filed a Motion for Summary Judgment or Summary Adjudication on June 22, 2010. (Docket No. 115.)  All Defendants' motions are scheduled for hearing on September 28, 2010.

The Order for Pretrial Preparation in this case requires that all motions be heard on or before July 27, 2010.  (Docket No. 67.)  It also sets a June 11, 2010 deadline for expert discovery.  Trial is scheduled for September 13, 2010.

On June 22, 2010, the parties filed a Stipulation and [Proposed] Order Setting July 27, 2010 Hearing Date for Plaintiff's Motion for Partial Summary Judgment and Defendants' Motions for Summary Judgment, asking that all parties' summary judgment motions be heard on July 27, 2010.  (Docket No. 122.)  The parties make that request "in the interest of prompt resolution of the claims and issues addressed in [the motions] well in advance of the September 13, 2010 trial date …."

In addition, on June 9, 2010, the parties filed a Stipulation and [Proposed] Order to

Extend Time for Parties to Complete Expert Discovery, on the grounds that "the schedules of the attorneys and expert witnesses do not allow for completion of expert discovery by June 11, 2010." (Docket No. 95.) The parties request that the expert discovery deadline be extended to July 27, 2010, and request an August 3, 2010 deadline for any motions regarding expert discovery.

Accordingly,

IT IS HEREBY ORDERED THAT:

1. The July 20, 2010 hearing date on Plaintiff's Motion for Partial Summary Judgment is continued to **July 27, 2010 at 1:00 p.m.** Oppositions to Plaintiff's motion shall be filed by July 9, 2010, and replies shall be filed by July 16, 2010.

2. The September 28, 2010 hearing date on Defendants 1268 Grant Avenue LLC and Christopher P. Foley's Motion for Summary Judgment or Summary Adjudication and Defendant City and County of San Francisco's Motion for Summary Judgment or Summary Adjudication is rescheduled to **July 27, 2010 at 1:00 p.m.** Oppositions to Defendants' motions shall be filed by July 9, 2010, and replies shall be filed by July 16, 2010.

3. The June 11, 2010 expert discovery deadline set forth in the Order for Pretrial Preparation is changed to July 13, 2010.

4. The July 27, 2010 deadline for all motions, including dispositive motions and motions related to expert discovery, remains unchanged.

IT IS SO ORDERED.

Dated: June 30, 2010

SAUNDRA BROWN ARMSTRONG
United States District Judge