1  P. RICHARD COLOMBATTO (SBN 79895)
   MICHAEL K. TCHENG (SBN 160811)
2  COLOMBATTO SIMS LLP
   130 Sutter Street, 7th Floor
3  San Francisco, California 94104
   Telephone:  (415) 391-6182
4  Facsimile:  (415) 391-2904

5  Attorneys for Defendants
   1268 GRANT AVENUE LLC,
6  CHRISTOPHER P. FOLEY,
7  THE CITY AND COUNTY OF SAN FRANCISCO

8  PAUL L. REIN, Esq. (SBN 43053)
   CATHERINE M. CABALO, Esq. (SBN 248198)
9  LAW OFFICES OF PAUL L. REIN
10 200 Lakeside Drive, Suite A
   Oakland, CA 94612
11 Telephone: 510/832-5001
   Facsimile: 510/832-4787
12
   Attorneys for Plaintiff CHARLES BLACKWELL
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  CHARLES BLACKWELL, | Case No. 07-04629 SBA |
| 18             Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PRETRIAL PREPARATION DUE ON AUGUST 17, 2010** |
| 19       vs. | |
| 20  CITY AND COUNTY OF SAN FRANCISCO, 1268 GRANT AVENUE LLC, CHRISTOPHER P. FOLEY and DOES ONE through TEN, inclusive, | |
| 21 | |
| 22             Defendants. | |
| 23 | |

24       The parties, through their attorneys, hereby stipulate to extend time for the Pre-Trial

25 Preparation due on August 17, 2010 per the Court's May 1, 2009 "Order For Pretrial Preparation"

26 until one-week after the court issues rulings on the parties' dispositive motions.  The parties agree

27 that time should be extended for the following reasons:

28       1.     On May 1, 2009 the Court issued an Order For Pretrial Preparation.  Therein the

-1-

1 following items of Pretrial Preparation are due on August 17, 2010:

2 - Joint Pretrial Statement

3 - Trial Briefs

4 - Findings of Fact

5 - Witness List

6, 7 - Designation of Discovery Excerpts

8 - Jury instructions

9 - Jury Voir Dire and Verdict Form

10 - Exhibits

11   2.   Each of the above items of Pretrial Preparation is dependant on the specific causes
12 of action at-issue at the time of trial.

13   3.   Currently pending are dispositive motions filed by all parties.  The motions were
14 taken under submission on July 29, 2010.  The parties agree that it is likely the outcome of the
15 motion(s) will substantially alter the legal landscape of the case and may eliminate the need for
16 trial altogether.

17 IT IS SO STIPULATED:

18 Dated: August ____, 2010

   COLOMBATTO SIMS LLP

20

   By: _____
21     MICHAEL K. TCHENG
       Attorneys for Defendants
22     1268 GRANT AVENUE LLC,
       CHRISTOPHER P. FOLEY
23

24 Dated: August ____, 2010

   LAW OFFICES OF PAUL REIN LLP
25

26   By: _____
       CATHERINE CABALO
27     Attorneys for Plaintiff
       CHARLES BLACKWELL
28

-2-
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PRETRIAL PREPARATION DUE ON AUGUST 17, 2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKWELL,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, 1268 GRANT AVENUE LLC, CHRISTOPHER P. FOLEY and DOES ONE through TEN, inclusive,<br><br>            Defendants. | Case No. 07-04629 SBA<br><br>**ORDER EXTENDING TIME FOR PRETRIAL PREPARATION DUE ON AUGUST 17, 2010** |

The Court, having reviewed the parties' Stipulation To Extend Time For Pretrial Preparation Due On August 17, 2010, HEREBY ORDERS that:

In the event the Court's Orders on the pending dispositive motions do not fully resolve the action, the deadline for filing of the Pre-Trial Preparation due on August 17, 2010 per the Court's May 1, 2009 "Order For Pretrial Preparation" is extended to one-week after the court issues rulings on the parties' dispositive motions.

IT IS SO ORDERED.

Dated:  8/16/10

                                                                   *Sandra B. Armstrong*
HON. SANDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT
JUDGE