UNITED STATES DISTRICT COURT

Northern District of California

CHARLES BLACKWELL,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.
_____/

No. C 07-4629 SBA (MEJ)

**NOTICE OF REFERRAL**

The above-captioned case has been referred to the undersigned for a report and recommendation regarding certain outstanding matters. Accordingly, the Court shall conduct a hearing on December 9, 2010 at 10:00a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All briefing shall be in compliance with Civil Local Rule 7. So as to ensure that all pending matters are addressed, the Court ORDERS the parties to provide a joint report that lists, by date filed and docket number citation, all pending matters and supporting documentation that the undersigned is to consider. In addition, the parties shall provide chambers copies of all documents listed in their report, even if a copy was already provided to the presiding judge. **ALL CHAMBERS COPIES MUST INCLUDE ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM.**

The parties shall file their joint report and provide chambers copies by November 12, 2010.

**IT IS SO ORDERED.**

Dated: November 2, 2010

                                            _____
                                            Maria-Elena James
                                            Chief United States Magistrate Judge