|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | Northern District of California | |

| | | |
|---|---|---|
| 4 | CHARLES BLACKWELL, | No. C 07-04629 SBA (MEJ) |
| 5 | Plaintiff, | **NOTICE RE AVAILABILITY OF ASSIGNED MAGISTRATE JUDGE** |
| 6 | v. | |
| 7 | CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| 8 | Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that Magistrate Judge Maria-Elena James will be unavailable to conduct the hearing in this case, currently scheduled on December 16, 2010, due to a surgical procedure.  As recovery after the surgery is likely to take several months, it is anticipated that Magistrate Judge James will not be available until at least April 2011, and possibly later.  Accordingly, the December 16 hearing is VACATED.

The parties are advised that during Magistrate Judge James' absence, Visiting Magistrate Judge Timothy Bommer will have limited availability to conduct hearings in cases pending before her.  Magistrate Judge Bommer will be available on the following dates in 2011: January 27; February 3, 10, 17, and 24; March 10 and 17; and April 7.  Alternatively, the parties may request that the presiding judge in this matter, the Honorable Saundra Brown Armstrong, refer this matter to another magistrate judge in this district.  Accordingly, within two weeks from the date of this notice, the parties shall either: (1) file a joint statement informing the Court as to whether they wish to proceed before Magistrate Judge Bommer when he is available or continue the hearing until such time as Magistrate Judge James is available to hear the matter; or (2) filed a request before Judge Armstrong to refer this matter to another magistrate judge in this district.

Dated: December 6, 2010



Brenda Tolbert, Courtroom Deputy to
Maria-Elena James,
Chief United States Magistrate Judge